**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FISCH ENTERPRISE INC., SAMUEL FISCH, O&S DEALS INC., and OZER SENDEROWITZ, <br><br> Defendants. | Case No. 7:24-cv-07677-KMK |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAMUEL FISCH**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") hereby dismiss, without prejudice, this action against Defendant Samuel Fisch only, who has not yet filed or served an answer or a motion for summary judgment. This notice of voluntary dismissal does not apply to the remaining defendants, Fisch Enterprise Inc., O&S Deals Inc, and Ozer Senderowitz.

- 2 -

Respectfully submitted, this 20th day of December, 2024.

By: */s/ Uly S. Gunn*

Elizabeth A. Buckel
**ALSTON & BIRD LLP**
90 Park Avenue, Floor 15
New York, New York 10016-1387
Telephone: 212-210-9400
*elizabeth.buckel@alston.com*

Uly S. Gunn (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
*sam.gunn@alston.com*

*Attorneys for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.*

- 2 -

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing document using the Court's CM/ECF system, which will automatically send notice to all counsel of record.

I will also cause a copy of the foregoing to be served via First Class Mail on counsel for Samuel Fisch at the following address:

Jessica Molinares Kalpakis
Harris Beach PLLC
333 Earle Ovington Blvd.
Uniondale, NY 11553

I will further cause a copy of the foregoing to be served via First Class Mail to the remaining Defendants at the following addresses:

Fisch Enterprise Inc.
14 Widman Court
Spring Valley, NY 10977

O&S Deals Inc.
21 Robert Pitt Drive
Suite 308
Monsey, NY 10952

Ozer Senderowitz
21 Bartlett Road
Monsey, NY 10952

This 19th day of December 2024.

*/s/ Uly S. Gunn*
Uly S. Gunn
