UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NUTRAMAX LABORATORIES, INC., *and*
NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.,

      *Plaintiffs*,

 v.

FISCH ENTERPRISES, INC., O&S DEALS
INC., *and* OZER SENDEROWITZ,

      *Defendants*.

No. 24-CV-7677 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

 Nutramax Laboratories, Inc., and Nutramax Laboratories Veterinary Sciences, Inc, (together, "Plaintiffs") bring this Action against Fisch Enterprise Inc., O&S Deals Inc., and Ozer Senderowitz (collectively, "Defendants"), alleging trademark infringement, unfair competition, and tortious interference. (*See* Compl. (Dkt. No. 1).) Summons issued on October 10, 2024, (*see* Dkt. Nos. 10–13), and Defendants were served between October 28 and November 22, 2024, (*see* Dkt. Nos. 15–17). Before the Court is Plaintiffs' Motion for Default Judgment (the "Motion"). (*See* Dkt. No. 21.) The Motion is denied without prejudice for failure to comply with the Court's Individual Rules of Practice for Default Judgment Proceedings, available at the Southern District of New York website. The Clerk of Court is respectfully directed to terminate the pending Motion at Dkt. No. 21.

SO ORDERED.

Dated: May 22, 2025
    White Plains, New York

                  _____
                  KENNETH M. KARAS
                  United States District Judge